UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. _____

5:21-cv-57-TBR

SHELLEY E. KEELING                                                         PLAINTIFF

VS.

JEFFERY HARTMAN
Individually and/or in his official capacity as          **FILED**
McCracken County Sheriff's Deputy                    JAMES J. VILT, JR. - CLERK

MATT CARTER                                                    MAY 07 2021
Individually and/or in his official capacity as
McCracken County Sheriff                                  U.S. DISTRICT COURT
                                                              WEST'N. DIST. KENTUCKY

MCCRACKEN COUNTY, KENTUCKY
                                                                       DEFENDANTS

## COMPLAINT

For his complaint, Shelley E. Keeling, pro se, states and alleges as follows:

### PARTIES

1.    The plaintiff, Shelley E. Keeling, is a resident of McCracken County, Kentucky.  He resides at 824 Bethel St., Paducah, KY 42003.

2.    The defendant, Jeffery Hartman, is a McCracken County, Sheriff's Deputy. That office is located 300 Clarence Gaines St., Paducah, KY 42003.

3.    The defendant, Matt Carter, is the McCracken County, Sheriff.  That office is located at 300 Clarence Gaines St., Paducah, KY 42003.

4.    The defendant, McCracken County, Kentucky is a governmental entity.  It is represented by the McCracken County Attorney.  The office of the McCracken County Attorney is located at 300 Clarence Gaines St., Paducah, KY 42003.

## FACTS

5.    On or about May 10, 2020, Mr. Keeling was attempting to park his car at the Southside Walmart.

6.    Mr. Keeling pulled into a loading zone after his vehicle was cut off by another motorist.

7.    An officer from the Paducah Police Department came over to speak with Mr. Keeling.

8.    The officer from the Paducah Police Department returned to his vehicle.

9.    While that was ongoing, McCracken County Sheriff's Deputy J. Hartman approached Mr. Keeling.

10.    McCracken County Sheriff's Deputy J. Hartman can then be seen on surveillance video grabbing Mr. Keeling by his neck and slamming him against his vehicle.

11.    Mr. Keeling did not receive a citation at the scene.

12.    Thereafter, Mr. Keeling attempted to file a complaint against McCracken County Sheriff's Deputy J. Hartman.

13.    When McCracken County Sheriff's Deputy J. Hartman learned about the complaint, he charged Mr. Keeling with assault (third degree).

## 42 USC SECTION 1983

14.    Mr. Keeling's rights have been violated under the Fourth Amendment to the U.S. Constitution.

15.    Mr. Keeling's rights have been violated under the Fifth Amendment to the U.S. Constitution.

16.    Mr. Keeling's rights have been violated under the Eighth Amendment to the U.S. Constitution.

17.    Mr. Keeling's rights have been violated under the Fourteenth Amendment to the U.S. Constitution.

18.    As a result of the deprivation of his constitutional rights, Mr. Keeling has suffered damages.

## VIOLATION OF RIGHTS PROVIDED BY KENTUCKY CONSTITUTION

19.    Mr. Keeling's rights have been violated under Kentucky Constitution Section 10.

20.    Mr. Keeling's rights have been violated under Kentucky Constitution Section 11.

21.    Mr. Keeling's rights have been violated under Kentucky Constitution Section 17.

22.    As a result of the deprivation of his constitutional rights, Mr. Keeling has suffered damages.

## ASSAULT/BATTERY

23.    McCracken County Sheriff's Deputy J. Hartman committed the torts of assault and battery when he grabbed Mr. Keeling's neck and slammed him against his vehicle.

24.    As a result of this incident, Mr. Keeling has suffered damages.

## ABUSE OF PROCESS/MALICIOUS PROSECUTION

25.    McCracken County Sheriff's Deputy J. Hartman can then be seen on surveillance video grabbing Mr. Keeling by his neck and slamming him against his

vehicle.

26.    Mr. Keeling did not receive a citation at the scene.

27.    Thereafter, Mr. Keeling attempted to file a complaint against McCracken County Sheriff's Deputy J. Hartman.

28.    When McCracken County Sheriff's Deputy J. Hartman learned about the complaint, he charged Mr. Keeling with assault (third degree).

29.    Mr. Keeling has suffered damages as a result of this incident.

## OFFICIAL MISCONDUCT

30.    McCracken County Sheriff's Deputy J. Hartman committed official misconduct, as described in KRS 522.030 and KRS 522.060, when when he grabbed Mr. Keeling's neck and slammed him against his vehicle; and thereafter filed criminal charges against him.

31.    As a result of the official misconduct, Mr. Keeling has suffered damages.

## VICARIOUS LIABILITY/RESPONDEAT SUPERIOR

32.    On May 10, 2020, J. Hartman was a McCracken County Sheriff's Deputy.

33.    McCracken County Sheriff Matt Carter is responsible for the supervision of J. Hartman.

34.    McCracken County, Kentucky is responsible for the oversight of the McCracken County, Sheriff's Department.

_____
Shelley E. Keeling, Pro Se
824 Bethel St.
Paducah, KY 42003